AO 91(Rev.5/85) Criminal Complaint

# United States District Court

### CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Tomas Gonzalez



15-1309M

FILED
CLERK U.S. DISTRICT COURT
JUL 15 2015
CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ___September 12, 2008___ in Los Angeles County in the ___Central___ District of ___California___ defendant Tomas Gonzalez did avoid prosecution, confinement, or service of process in connection with the crime of Murder, in violation of California Penal Code Section 187(a), a felony under the laws of California, the place from which flight was taken, in violation of Title 18, United States Code, Section 1073(1).

Continued on the attached sheet and made a part hereof: ☒Yes ☐No

Sworn to before me and subscribed in my presence,

/S/
_____
Salvador Reyes
Inspector, U.S. Marshal

July 15, 2015
Date

at Los Angeles, California
City and State

JOHN E. McDERMOTT
UNITED STATES MAGISTRATE JUDGE

**JOHN E. McDERMOTT**

Name & Title of Judicial Officer

Signature of Judicial Officer

AJ

I further state that I am an Inspector U.S. Marshal and that this complaint is based on the following facts:

On or about September 12, 2008, a warrant was issued by the State of California, County of Los Angeles, for violation of California Penal Code § 187, a felony, to wit: Homicide of Ana Cecilia Funes on September 12, 2008, for homicide suspect Tomas Gonzalez ("GONZALEZ").

GONZALEZ has the following identification information: DOB: 03/16/1962, Sex: Male, Race: Hispanic, Height: 5'08." Weight: 180lbs, Hair: Brown, Eyes: Brown, DHS-ICE Alien Registration #A092828267).

During the investigation by Los Angeles County Sherriff's Homicide Detectives, GONZALEZ was identified as the primary suspect in the murder Ana Cecilia Funes, a human being. During the homicide investigation, detectives recovered a receipt at the crime scene for air travel to Guadalajara, Jalisco, Mexico on Mexicana Airlines with GONZALEZ listed as the traveler. During the fugitive investigation it was discovered GONZALEZ contacted family members and the godmother of his children stating he was in Guadalajara, Jalisco, Mexico. GONZALEZ fled the jurisdiction of the Los Angeles County Sherriff's and is actively evading capture by law enforcement.

According to Los Angeles County Sheriff's Department detectives, GONZALEZ is believed to have fled to Mexico based on records recovered from the crime scene and field interviews of family. On March 20, 2012, Mexican federal authorities attempting to execute a Provisional Arrest Warrant for GONZALEZ on behalf the United States were unable to apprehend GONZALEZ. Mexican federal authorities reported GONZALEZ was able to avoid apprehension and now GONZALEZ is fully aware of the warrant for his arrest based on the actions of Mexican federal authorities.

Based on the information set forth above, I am of the opinion that there is probable cause for the issuance of an arrest warrant for a violation of Title 18, United States Code, Section 1073(1), to wit; Unlawful Flight to Avoid Prosecution.